ENT **14889:2026** PG 1 of 3
ANDREA ALLEN
UTAH COUNTY RECORDER
2026 Feb 24 09:32 AM FEE 40.00 BY KC
RECORDED FOR U.S. Attorney's Office - WA
ELECTRONICALLY RECORDED

Todd Blanche
Deputy Attorney General of the United States
Joseph P. Derrig
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   2:24-CR-140-TOR-2 |
| Plaintiff, | RELEASE OF LIS PENDENS |
| vs. | |
| JOSHUA WESLEY OWENS, | |
| Defendant. | |
| Record owner(s): Owens, Josh and Whitlock, Rachel, husband and wife, as joint tenants. | |

NOTICE is hereby given that a certain Lis Pendens recorded in the Utah County Auditor's Records on October 21, 2024, under 72682:2024, giving notice of the pendency of a forfeiture action in the United States District Court for the Eastern District of Washington in the above-captioned case, is hereby released and discharged.

RELEASE OF LIS PENDENS 1

A complete description of the property known as 456 South 150 East, Mapleton, Utah, follows:

Lot 4, Copperhead Estates, Plat "A", according to the official plat thereof, on file and of record in the office of the Utah County Recorder, State of Utah.

Together with all appurtenances, fixtures, attachments, and improvements thereto and thereupon.

Subject to all easements, restrictions, reservations and covenants of record.

Tax Serial No. 65-558-0004

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Washington, filed under this cause number.

DATED 23rd day of February 2026.

Todd Blanche
Deputy Attorney General

*Joseph P. Derrig*
Joseph P. Derrig
Assistant United States Attorney

COUNTY OF SPOKANE
STATE OF WASHINGTON

SUBSCRIBED AND SWORN TO BEFORE ME this 23rd day of February 2026

*Therese L. Roberson*
Therese L. Roberson

RELEASE OF LIS PENDENS 2

RETURN NAME and ADDRESS

United States Attorney's Office

P.O. Box 1494

Spokane, WA  99210-1494

Please Type or Print Neatly and Clearly All Information

**Document Title(s)**

Release of Lis Pendens

**Reference Number(s) of Related Documents**

72682:2024

**Grantor(s)** (Last Name, First Name, Middle Initial)

United States of America

**Grantee(s)** (Last Name, First Name, Middle Initial)

Owens, Joshua Wesley

Whitlock, Rachael

**Legal Description** (Abbreviated form is acceptable, i.e. Section/Township/Range/Qtr Section or Lot/Block/Subdivision)

LOT 4, PLAT A, COPPERHEAD ESTATES SUB AREA 0.500 AC

Assessor's Tax Parcel ID Number    65-558-0004

The County Auditor will rely on the information provided on this form.  The Staff will not read the document to verify the accuracy and completeness of the indexing information provided herein.

**Sign below only if your document is Non-Standard.**

I am requesting an emergency non-standard recording for an additional fee as provided in RCW 36.18.010.  I understand that the recording processing requirements may cover up or otherwise obscure some parts of the text of the original document.  Fee for non-standard processing is $50.

_____

Signature of Requesting Party